■ In the Matter of ROBERT F. DEXTER et al., Respondents, v. TOWN BOARD OF TOWN OF GATES, Appellant.— Judgment unanimously reversed, without costs, and matter remitted to the Town Board for further proceedings to demonstrate that it acted in accordance with a comprehensive plan. (Appeal from judgment of Monroe Special Term in proceeding to annul amendment of Zoning Ordinance.) Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ. [68 Misc 2d 293.]

■ LOUIS B. SEREFINE et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 52261.) — Judgment unanimously modified, on the law and facts, in accordance with memorandum and, as modified, affirmed, without costs. Memorandum: Claimants offered evidence of an agreement to sell the premises to a third party. No advance notice of this agreement was given to the State. Under the circumstances evidence about the agreement should not have been received. The court permitted some testimony about the agreement but stated " To be perfectly frank, I won't consider it ". Although the court made reference to the agreement in its decision, it noted that the prospective purchaser " wanted the property only for additional parking space, however, and neither appraiser had considered this use as a potential use for the property ". The court's computations indicate that no consideration was given to the agreement to sell. The award of $500 for damages to the sanitary sewer system was clearly not supported by the evidence and is therefore stricken from the judgment. The damages found by the court, which fall within the range of testimony and should be affirmed, are:

| | Direct | Consequential |
|---|---|---|
| Fruit stand | $ 1,800 | — |
| Surfacing | 1,000 | — |
| Restaurant structure | — | $9,600 |
| Land | 26,892 | 2,960 |
| Totals | $29,692 | $12,560 |

The above items total $42,252 and the claimants should have judgment for this amount. (Appeal from judgment of Court of Claims in claim for damages for permanent appropriation.) Present — Goldman, P. J., Del Vecchio, Marsh, Moule and Cardamone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD SNYDER, Appellant.— Judgment unanimously modified, on the law and facts, and in the interest of justice, by reducing the sentence to probation for a period of five years, and, as so modified, affirmed. Memorandum: Taking into consideration all the surrounding facts and circumstances, we feel that the sentence imposed by the trial court was excessive and constituted an improvident exercise of discretion. We, therefore, reduce the sentence pursuant to the provisions of CPL 470.15 (subd. 2, par. [c]). (Appeal from judgment of Oswego County Court convicting defendant of criminally selling dangerous drug, third degree, and other charges.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.